474 A.2d 690

Commonwealth v. Hill, Appellant.

Submitted October 14, 1983. Sally A. Frick, for appellant; Kemal A. Mericli, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Assertions of error are deemed waived. Case is remanded for resentencing. Jurisdiction is relinquished.

McEWEN and BECK, JJ., filed concurring memoranda.